# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LORENZO EADY, JR.,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-248

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 30, 2019 Report and Recommendation, (doc. 3), to which Plaintiff has filed not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 3), as the opinion of the Court and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 27th day of August, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA